# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

JOSE LUIS ROJO MATIAS,

       Petitioner,

  v.

WARDEN, FOLKSTON ICE PROCESSING
FACILITY,

       Respondent.

CIVIL ACTION NO.: 5:25-cv-189

## ORDER

The Court inadvertently determined this cause of action was subject to the same reasoning as the Court's previous ruling in Villa v. Normand, Case No. 5:25-cv-89, prior to receiving a response from Respondent. The Court **VACATES** the January 12, 2026 Order and the January 13, 2026 Judgment closing this case. Dkt. Nos. 5, 6. The Court **DIRECTS** the Clerk of Court to re-open this case, leaving only the Warden as the named Respondent. The Court will consider this case in due course.

**SO ORDERED**, this __20__ day of January, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA